371 A.2d 870

Commonwealth ex rel. Burriss v. Burriss, Appellant.

Submitted September 13, 1976. Robert T. Seiwell, for appellant; John C. Butera, for appellee.

Order affirmed.

371 A.2d 870

Commonwealth ex rel. Cristaldi, Appellant, v. Cristaldi.

Submitted September 20, 1976. Fred J. Silverman, and Silverman & Warden, for appellant; Francis Recchuiti, and Vangrossi & Recchuiti, for appellee.

Order affirmed.